**Harold BLICK, Plaintiff–Appellant,**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for Long Beach Mortgage Loan Trust 2005–WL3, Defendant–Appellee,**

and

· **Jason Cameron Hicks, Esquire (VSB 46961); Womble, Carlyle, Sandridge and Rice, PLLC, Defendants.**

**No. 14–1953.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2015.

Decided: Feb. 4, 2015.

Harold Blick, Appellant Pro Se. William Dean Ledoux, Jr., Eckert Seamans Cherin & Mellott, LLC, Richmond, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Blick appeals the district court's order granting summary judgment for Defendant on the basis of res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Blick v. Deutsche Bank Nat'l Trust Co.*, No. 3:14–cv–00022–NKM, 2014 WL 4052820 (W.D.Va. Aug. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*